# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                    )<br>            Plaintiff,                      )<br>                                                    )<br>v.                                                 )<br>                                                    )<br>                                                    )<br>JOHN C. FITZGERALD,               )<br>                                                    )<br>            Defendant.                  )<br>                                                    )<br>_____)  | Criminal No. 06-CR-0151-L<br><br>**ORDER DENYING GOVERNMENT'S MOTION FOR RECONSIDERATION OF COURT'S ORDER GRANTING DEFENDANT'S MOTION FOR NEW TRIAL**<br><br>[Doc. No. 64] |

The Court has reviewed the Government's Motion for Reconsideration of the Court's Order Granting Defendant's Motion for New Trial and Defendant's Opposition to the Government's motion. Having considered these submissions, the Court is not persuaded that its order granting a new trial was erroneous. Accordingly, the Government's Motion for Reconsideration is **DENIED**.

The Court will hold a status conference in this matter on Monday, July 30, 2007 at 2:00 p.m.

**IT IS SO ORDERED.**

DATED: July 10, 2007

M. James Lorenz
United States District Court Judge

06cr0151