**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA** FILED

09 FEB 27 AM 11:49

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 06CR0151 L U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL**  BY: ___ DEPUTY |
| JOHN C. FITZGERALD, | |
| Defendant. | |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_    the Court has dismissed the case for unnecessary delay; or

\_\_\_    the Court has granted the motion of the Government for dismissal; or

_XX_    the Court has granted the motion of the defendant for dismissal of the indictment; or

\_\_\_    a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_    the jury has returned its verdict, finding the defendant not guilty;

\_\_\_    of the offense(s) of:

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: FEBRUARY 26, 2009

_____
M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE

ENTERED ON _____